IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT RAY SHANER, DU-9569, | ) | |
|     Petitioner, | ) | |
| | ) | |
|     v. | ) | 2:11-cv-1188 |
| | ) | |
| MR. JAMES McGRADY et al., | ) | |
|     Respondents. | ) | |

ORDER

AND NOW, this 20th day of October, IT IS ORDERED that the above captioned case be transferred forthwith to the United States Court of Appeals for the Third Circuit for consideration as a successive habeas corpus petition.

                                                                                       s/ Robert C. Mitchell
                                                                                       United States Magistrate Judge